

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-25-00174-CV |
| JACOB BARRERAS, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Jacob Barreras, filed a petition for writ of mandamus on July 3, 2025. After consideration, the Court has determined that it lacks jurisdiction over this original proceeding. We therefore dismiss the petition for writ of mandamus. All pending motions are denied as moot.

GINA M. PALAFOX, Justice

July 10, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.